AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ENCOMPASS HOME & AUTO
INSURANCE COMPANY,

          Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 4:21-cv-181

RANDY LUKE; DEDRA CHILDERS;
CRS HEATING & AIR, INC.; and
FARMERS INSURANCE EXCHANGE,

          Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Orders dated April 26, 2023 and April 27, 2023, Defendant Farmers Insurance Exchange's Motion, which the Court has construed as a 12(b)(1) motion to dismiss for lack of subject matter jurisdiction, is granted in part and denied in part. The Motion with respect to Farmers' lack of jurisdiction/mootness arguments is granted, and Farmers' remaining arguments are denied as moot. Plaintiff Encompass Home & Auto Insurance Company's Motion for Summary Judgment is denied as moot, and Encompass's claims asserted in its Second Amended Petition for Declaratory Judgment are dismissed without prejudice. This case stands closed.

Approved by: _____

| April 28, 2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | _____ |
| | (By) Deputy Clerk |